UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                            Chapter 7

COMMERCIAL KITCHEN DESIGNS, INC.,                 Case No.: 17-42981-nhl


                                    Debtor.
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss:
COUNTY OF SUFFOLK        )

        **EVERLYN MEADE-BRAMBLE**, being duly sworn, deposes and says:

        Deponent is not a party to this action, is over 18 years of age and resides at New York, New York;

        On the 16th day of March, 2023 deponent served the **NOTICE and MOTION OF THE CHAPTER 7 TRUSTEE FOR AN ORDER AUTHORIZING THE SALE OF CERTAIN STATE COURT CLAIMS OF THE DEBTOR'S ESTATE FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND RLATED RELIEF with EXHBIT and PROPOSED ORDER attached thereof**, upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York by First Class Mail and International First Class Mail:

See attached list

                                                s/Everlyn Meade-Bramble
                                                Everlyn Meade-Bramble


Sworn to before me this
16th day of March, 2023

*s/Alexandros Tsionis*
Alexandros Tsionis
Notary Public State of New York
Qualified in Suffolk County
No. 02TS6391338
Commission Expires May 6, 2023

**Service List**

**First Class Mail:**
AJ Antunes & Co
180 Kehoe Blvd
Carol Stream IL 60188-1814

AllPoints Foodservice Parts & Supplies
607 W Dempster Street
Mt Prospect IL 60056-4585

Alto-Shaam Inc
9221 Water Street
Menomonee Falls WI 53051-1401

Archmore Commercial Refrigeration
715 Sandra Avenue
West Islip NY 11795-2523

Amanda Hiller
Deputy Commissioner & Counsel
NYS Dept of Taxation & Finance
15 MetroTech Center
Brooklyn NY 11201-3818

Argos Information Systems
PO Box 130201
New York NY 10013-0986

Balter Sales Company Inc
209 Bowery
New York NY 10002-2887

Bruce Weiner
Rosenberg Musso & Weiner LLP
26 Court Street Suite 2211
Brooklyn NY 11242-1122

BSE Marketing
116 South 6th Street
New Hyde Park NY 11040-4849

Evan J Taylor
Combs & Taylor LLP
2101 L Street NW Suite 800

Washington DC 20037-1657

Cadco Ltd
200 International Way
Winsted CT 06098-2252

Captive Aire System Inc
PO Box 60270
Charlotte NC 28260-0270

Chief Fire Protection
10 Broad Street West
Mount Vernon NY 10552-2102

Citibank NA
Business Banking
PO Box 9241
Uniondale NY 11555-9241

CresCor
5925 Heisley Road
Mentor OH 44060-1833

Dee's Associated Inc
60-41 56th Road
Maspeth NY 11378-2320

Dormont Manufacturing Co
6015 Enterprise Drive
Export PA 15632-8969

Ford Motor Credit Company
PO Box 62180
Colorado Springs CO 80962-2180

Franklin Machine Products Inc
101 Mt Holly Bypass
Lumberton NJ 08048-1113

Frigid Engineering Services
9250 Independence Avenue Suite 105
Chatsworth CA 91311-5904

Global Industrial
11 Harbor Park Drive
Port Washington NY 11050-4656

Goldenshtein Restaurant Equipment
262 Starr Street
Brooklyn NY 11237-2610

Gold Law PC
200 Mamaroneck Avenue
White Plains NY 10601-5310

Hartford Fire Insurance Company
Bankruptcy Unit NP-3
1 Hartford Plaza
Hartford CT 06155-0001

IMC/Teddy
PO Box 206
Copiague NY 11726-0206

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia PA 19101-7346

Jade Range LLC
14697 Collections Center Drive
Chicago IL 60693-0001

Jason Enterprises Inc
145 Edwin Road
PO Box 202
South Windsor CT 06074-0202

John Boos & Co
3601 S Banker Street
Effingham IL 62401-2899

Krowne Metal Corp
100 Haul Road
Wayne NJ 07470-6616

Lockwood Manufacturing Company
31251 Industrial Road
Livonia MI 48150-2035

Helen M Benzie
Law Office of Vincent D McNamara
1045 Oyster Bay Road

East Norwich NY 11732-1053

Market Forge Industries
2511 Payshere Circle
Chicago IL 60674-0001

MTA Bridges and Tunnels
Daniel DeCrescenzo Acting President
Randall's Island
New York NY 10035-5100

Mass Mutual
PO Box 1583
Hartford CT 06144-1583

Master Fire Systems
1775 East Tremont Avenue
Bronx NY 10460-3195

McMaster-Carr Supply
PO Box 7690
Chicago IL 60680-7690

Meiko USA Inc
1349 Heil Quaker Blvd
La Vergne TN 37086-3518

Perry Burkett Esq
c/o Metropolitan Lumber Hardware
& Buildings Supplies Inc
617 11th Avenue
New York NY 10036-2001

Miwe America LLC
125 Stryker Ln Building 29 Unit 1
Hillsborough Township NJ 08844-1938

Robert Saxon Esq
Meyers Saxon & Cole
3620 Quentin Road
Brooklyn NY 11234-4238

NYS Dept of Taxation & Finance
Bankruptcy Section
PO Box 5300
Albany NY 12205-0300

Jeffrey K Cymbler
NY State Department of Taxation & Finance
15 Metro Tech Center Room 5W.40
Brooklyn NY 11201-3818

NYS Department of Labor
State Office Campus
Building #12 Room #256
Albany NY 12240-0001

Nextel Industries
PO Box 904072
Charlotte NC 28290-0001

Office of the United States Trustee
Alexander Hamilton Custom House
1 Bowling Green, Room 510
New York NY 10004-1415

Pelco Parts Distribution Center
130-07 26th Avenue
Flushing NY 11354-1132

Hannah L Uricchio
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street NW Suite 340
Washington DC 20005-4026

Pioneer Sales Co Inc
80R Industrial Way
Wilmington MA 01887-4608

Stainless Installations
130 East Monmouth Avenue
Sewell NJ 08080-1218

State of New Jersey
Division of Taxation Bankruptcy Unit
PO Box 245
Trenton NJ 08695-0245

The Montague Company
1830 Stearman Avenue
Hayward CA 94545-1018

True Food Services Equipment Inc
Department 456139
PO Box 790100
St Louis MO 63179-0100

Tyco Integrated Security LLC
10405 Crosspoint Boulevard
Indianapolis IN 46256-3323

Vita-Mix Corp
8615 Usher Road
Olmsted Falls OH 44138-2199

Xerox Corporation
800 Long Ridge Road
Stamford CT 06902-1227

Xerox Corporation
1303 Ridgeview Drive
Mailstop: R382-LV301
Lewisville TX 75057-6018

Gregory Rowehl
c/o David B Gelfarb Esq
Moss & Kalish PLLC
122 East 42nd Street Suite 2100
New York NY 10168-2199

Gabriella Rowehl
c/o David B Gelfarb Esq
Moss & Kalish PLLC
122 East 42nd Street Suite 2100
New York NY 10168

Berkshire Pizzeria LLC
c/o David B Gelfarb Esq
Moss & Kalish PLLC
122 East 42nd Street Suite 2100
New York NY 10168

Lumen Law LLC
28 Liberty Street FL 6
New York NY 10005-1496

Berkshire Kitchen Design Inc
Attn President/CEO/Manager/Agent

72 Main Street
Charlemont MA 01339-9815

**<u>International Mail First Class:</u>**
Julien Inc
955 Rue Lachance
Québec QC G1P 2H3 Canada

Electrolux Professional Group
Franzéngatan 6, 112 51
Stockholm Sweden